UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
    :
LEVAR SHELBORNE,    :
    :
            Plaintiff,    :           19-CV-2157 (JMF)
    :
       -v-    :       ORDER OF DISMISSAL
    :
CITY OF NEW YORK et al.,    :
    :
            Defendants.    :
    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 12, 2019, the City of New York filed a motion to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF No. 16. As Plaintiff did not file any opposition to the motion, the Court, on December 18, 2019, ordered him to show cause by January 15, 2020, why the City's motion should not be deemed unopposed. ECF No. 21. The Court warned Plaintiff that failure to show such good cause "may result in the City's motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure." *Id.* Plaintiff has not filed any response. Accordingly, the case is dismissed for abandonment and failure to prosecute pursuant to Rule 41.

       Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to terminate ECF No. 16, close the case, and mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: January 29, 2020
      New York, New York

                            JESSE M. FURMAN
                       United States District Judge